IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES H. SARKEES and<br>DEBORAH J. SARKEES, his spouse,<br><br>Plaintiffs,<br><br>v.<br><br>E.I. DuPONT DE NEMOURS AND COMPANY,<br>individually, and as successor-in-interest to the<br>First Chemical Corporation;<br>and FIRST CHEMICAL CORPORATION,<br><br>Defendants. | Civil Action No. 1:17-CV-00651<br><br><br>**FIRST CHEMICAL CORPORATION<br>CORPORATE DISCLOSURE<br>STATEMENT** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the Corporate Disclosure Statement Provisions in Federal Rule of Civil Procedure 7.1, any non-governmental corporate party must file two copies of a statement identifying all its parent companies and any publicly held corporation that owns 10% or more of its stock, or state that it has no parent companies. A party must file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and promptly file a supplemental statement if any required information changes.

In compliance with this provision, this Corporate Disclosure Statement is filed on behalf of First Chemical Corporation.

1. Is First Chemical Corporation a parent, subsidiary or other affiliate of a publicly owned corporation?

   a. ANSWER: Yes. First Chemical Corporation is a wholly owned subsidiary of The Chemours Company.

   2. Is there a publicly owned corporation, not a party to the case, which has a financial interest in the outcome?

   a. ANSWER: No.

Dated: August 14, 2017
     Buffalo, New York

             KLOSS, STENGER & LOTEMPIO

             David W. Kloss, Esq.
             *Attorney for Defendant*
             *First Chemical Corporation*
             69 Delaware Avenue, Suite 1003
             Buffalo, New York 14202
             Telephone: (716) 853-1111
             Email: dwkloss@klosslaw.com