UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JAMES H. SARKEES and
DEBORAH J. SARKEES, his spouse

                Plaintiffs,                Case No. 17-CV-00651

    -against-

E.I. DuPONT DE NEMOURS AND COMPANY,        **CORPORATE DISCLOSURE**
individually, and as successor-in-interest to the        **STATEMENT**
First Chemical Corporation;
and FIRST CHEMICAL CORPORATION,

                Defendants.
_____

        Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant E.I. du Pont de Nemours and Company states that it is a publicly traded company. E.I. du Pont de Nemours and Company does not have a parent corporation. On information and belief, on April 7, 2016, Capital World Investors filed a schedule 13GA with the U.S. Securities and Exchange Commission in which it disclosed holdings in excess of ten percent of DuPont's outstanding common stock. Capital World Investors is not a holder of record of DuPont common stock.

        On December 11, 2015, E.I. du Pont de Nemours and Company and The Dow Chemical Company announced that their boards of directors unanimously approved a definitive agreement under which the companies will combine in an all-stock merger of equals. The merger transaction is expected to close on August 31, 2017, subject to customary closing conditions, including regulatory approvals, and approval by the shareholders of both companies.

Dated:  August 15, 2017

PHILLIPS LYTLE LLP

By   \s\ Alan M. Wishnoff
      Kevin M. Hogan
      Alan M. Wishnoff
*Attorneys for Defendant*
*E .I. du Pont de Nemours and Company*
One Canalside
125 Main Street
Buffalo, New York 14203-2887
Tel:  (716) 847-8400
khogan@phillipslytle.com
awishnoff@phillipslytle.com

To:

Steven H. Wodka, Esq.
*Attorney for Plaintiffs*
577 Little Silver Point Road
P.O. Box 66
Little Silver, NJ 07739-2815
stevewodka@verizon.net

John N. Lipsitz
Lipsitz & Ponterio, LLC
Attorney for Plaintiff
135 Delaware Avenue, 5th Floor
Buffalo, New York  14202-2410
jnl@lipsitzponterio.com

David W. Kloss, Esq.
Kloss, Stenger, Kroll & LoTempio
*Attorney for Defendant First Chemical Corporation*
69 Delaware Avenue, Suite 1003
Buffalo, New York 14202
dwkloss@klosslaw.com

Doc #01-3061289